UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN SMALLWOOD, )<br>)<br>Defendant. ) | Case No. 2:17MJ00035-AC-1<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN SMALLWOOD__, Case No. __2:17MJ00035-AC-1__, Charge __18USC § 922(a)(1)(A)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__    Release on Personal Recognizance

__    Bail Posted in the Sum of $__

  __    Unsecured Appearance Bond $__100,000.00__

  __    Appearance Bond with 10% Deposit

  __    Appearance Bond with Surety

  __    Corporate Surety Bail Bond

  ✔    (Other)    __Pretrial conditions as stated on the record.__

The defendant shall not be released until 2/27/2017 @ 9:00 am.

Issued at __Sacramento, CA__ on __February 24, 2017__ at __2:34 pm__.

By    /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court