The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JOHN SMALLWOOD | Case Number: 17-cr-0041 TLN<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REGARDING CONDITIONS**<br>**OF PRETRIAL RELEASE**<br><br>**DATE: N/A**<br>**TIME:  N/A**<br>**DEPT: Hon. Edmund F. Brennan** |

    In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Allison Claire on February 24, 2017.

    I have spoken with Mr. Smallwood's  Pretrial Services Officer Mr. Renee Basurto and she has informed me that both she and AUSA Owen Roth agree that the order that Mr. Smallwood's requirement that he be subject to home detention (Special Condition # 13) be deleted and a new Special Condition # 13 be inserted in its' place that reads as follows:

    13. CURFEW:  You must remain inside your residence every day from 9:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

All other orders to remain unchanged.

1

IT IS THERFORE STIPULATED:

Mr. Smallwood's Special Conditions of Release #13 (Home Detention) be deleted and a new Special Condition #13 that reads as follows:

> 13. CURFEW: You must remain inside your residence every day from 9:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

be substituted in its place. All other orders to remain unchanged.

Dated: June 7, 2017
BENJAMIN WAGNER
United Sates Attorney

_____/S/_____
Owen Roth
ASSISTANT UNITED STATES ATTORNEY

Dated: June 7, 2017
OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR JOHN SMALLWOOD

IT IS SO ORDERED

Mr. Smallwood's Special Conditions of Release #13 (Home Detention) and be deleted and a new Special Condition #13 that reads as follows:

> 13. CURFEW: You must remain inside your residence every day from 9:00pm to 7:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.

be substituted in its place. All other orders to remain unchanged.

Dated: June 8, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE