The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

JOHN SMALLWOOD

Case Number: 17-0041 TLN-2

**STIPULATION AND [PROPOSED] ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE**

**DATE: N/A**
**TIME: N/A**
**DEPT: Hon. Deboraha Barnes**

    In the matter at bar Defendant seeks to alter the Court's previously issued Pretrial Release Order issued by the Hon. Allison Claire on February 24, 2017 and modified by the Hon. Edmund G Brennan by stipulation and Order on June 9, 2017.

    I have spoken with Mr. Smallwood's Pretrial Services Officer Mr. Renee Basurto and she has informed me that Mr. Smallwood has been in compliance with the terms of his release. Further, both she and AUSA Owen Roth agree that the order that Mr. Smallwood's requirement that he be subject to home detention and a curfew (Special Conditions # 12 & 13) be deleted so that Mr. Smallwood no longer be subject to location monitoring and a curfew. All other terms and conditions of Mr. Smallwood's pretrial release are to remain in effect.

1

All other orders to remain unchanged.

IT IS THERFORE STIPULATED:

Mr. Smallwood's Special Conditions of Release #12 & 13 (Location Monitoring and Curfew) be deleted and a new Second Amended Special Conditions of Release that reads as follows:

### **SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Smallwood, John
No.: 2:17-CR-00041-2
Date:August 10, 2017

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not obtain a passport or other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with the defendant named in case 2:17-MJ-0034-AC unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

be substituted in their place. All other orders to remain unchanged.

Dated: August 17, 2017

BENJAMIN WAGNER
United Sates Attorney

_____/S/_____
Owen Roth
ASSISTANT UNITED STATES ATTORNEY

Dated: August 9, 2017
OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR JOHN SMALLWOOD

IT IS SO ORDERED

Mr. Smallwood's Special Conditions of Release #12 & 13 (Location Monitoring and Curfew) be deleted and new Second Amended Special Conditions of Release that reads as follows:

## **SECOND AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Smallwood, John
No.: 2:17-CR-00041-2
Date: August 10, 2017

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not obtain a passport or other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must not associate or have any contact with the defendant named in case 2:17-MJ-0034-AC unless in the presence of counsel or otherwise approved in advance by the pretrial services officer; and,

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours.

1 | be substituted in their place. All other orders to remain unchanged.
2 | Dated: August 17, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE